Opinion issued May 24, 2012

     

 

 

 

 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



NO. 01-12-00328-CR

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



IN RE GERALD A. HAYES, Relator

 

 



Original Proceeding on Petition for Writ of Mandamus

 

 



MEMORANDUM OPINION 

 

By petition for writ of mandamus,
relator, Gerald Hayes, seeks mandamus to compel the trial court to comply with Tex. R. App. P. 34.5 and 34.6. 

We DENY 
the petition for writ of mandamus.              

Per Curiam

 

Panel consists of Chief Justice Radack and Justices Jennings
and Keyes.    

 

   

Do not publish.  TEX. R. APP. P. 47.2(b).